# IN THE UNTIED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| PATRICIA NOZINICH and PETER NOZINICH, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNSON & JOHNSON, INC., and CENTOCOR ORTHO BIOTECH, INC., <br><br> Defendants. | §§§§§§§§§§§ <br><br> Case No. 2:09-cv-02105-dkv <br><br> Jury Demand |

## MOTION FOR REQUEST FOR ORAL ARUGMENT ON PLAINTIFFS' MOTION FOR SANCTIONS FOR DEFENDANTS' FAILURE TO MEET THEIR DUTIES UNDER FEDERAL RULES OF CIVIL PROCEDURE 30(B)(6) AND 34

The plaintiffs, without opposition from the defendants, respectfully move the Court to hear oral argument on the Plaintiffs' Motion for Sanctions for Defendants' Failure to Meet Their Duties Under Federal Rules of Civil Procedure 30(B)(6) and 34 (Document No. 62) filed Monday, March 7, 2011.

Respectfully submitted,

**Hill • Boren, P.C.**

/s/ T. Robert Hill
T. Robert Hill  #08141
Attorney for Plaintiffs
1269 North Highland Avenue
Post Office Box 3539
Jackson, Tennessee 38303-3539
(731) 423-3300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is attorney of record for the plaintiff and that he has served a true and correct copy of the foregoing pleading, via electronic filing, through the U.S. District Court's ECF System to:

**Bass, Berry & Sims, PLC**
Clarence A. Wilbon #023378
Nolan M. Johnson #026399
The Tower at Peabody Place
100 Peabody Place, Suite 900
Memphis, TN 38108-3672
(901) 543-5900
*Attorneys for Defendants*
*Johnson & Johnson, Inc. and*
*Centocor Ortho Biotech, Inc.*

On this the ___14th___ day of ___March___, 2011.

/s/ T. Robert Hill
T. ROBERT HILL, ESQ. (BPR #08141)