```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```

_____

PATRICIA NOZINICH and           )
PETER NOZINICH,                 )
                                )
         Plaintiffs,            )
                                )
vs.                             )           No. 09-2105-V
                                )
JOHNSON & JOHNSON, INC., and    )
CENTOCOR, INC.,                 )
                                )
         Defendants.            )
_____

   ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF
                          DR. GARY F. TREW
_____

Before the court is the April 7, 2009 motion of the defendants to exclude the testimony of Dr. Gary F. Trew.

Pursuant to Local Rule 7.2(a)(2), responses to motions in civil cases are to be filed within fourteen days after service of the motion. The plaintiffs have not filed a response to this motion, and the time for responding has now expired. Rule 7.2(a)(2) further provides that "[f]ailure to respond timely to any motion . . . may be deemed good grounds for granting the motion."

In the absence of any response by the plaintiffs, the defendants' motion is granted. Dr. Trew's testimony is excluded.

IT IS SO ORDERED this 29th day of April, 2011.

                              s/ Diane K. Vescovo
                              DIANE K. VESCOVO
                              UNITED STATES MAGISTRATE JUDGE