UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

PATRICIA NOZINICH and
PETER NOZINICH,

     PLAINTIFFS                                 JUDGMENT IN A CIVIL CASE

VS

JOHNSON & JOHNSON, INC. and            CASE NO: 09-2105-V
CENTOCOR, INC.,

     DEFENDANTS

---

DECISION BY COURT.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Granting Defendants' Motion To Exclude Expert Testimony Of Dr. Trew, Granting Defendants' Motion For Summary Judgment, and Denying Plaintiffs' Motion For Partial Summary Judgment As Moot,  entered on July 6, 2011, this cause is hereby dismissed.

APPROVED:

s/Diane K. Vescovo
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

July 6, 2011                          Thomas M. Gould
Date                                  Clerk of Court

                                    s/Betty Guy
                                    (By)  Deputy Clerk