| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/14/2009 07/14/2009 | 9001 | BBS GENERAL Invoice=338203 | POST | 1.00 | 1.34 | 1.34 | Postage | 4188570 |
| 04/17/2009 05/19/2009 | 1348 | CLARENCE A. WILBON Invoice=334834 Voucher=337151 Paid | OPRO | 1.00 | 78.53 | 78.53 | Other Professional Services Expense - Vendor: SUMMIT DOCUMENT SERVICES OF TN, LLC. Image capture and CD burn/CAW Vendor=SUMMIT DOCUMENT SERVICES OF TN, LLC Balance= .00 Amount= 78.53 Check #297800 04/17/2009 | 4174699 |
| 04/17/2009 05/19/2009 | 1348 | CLARENCE A. WILBON Invoice=334834 Voucher=337156 Paid | OPRO | 1.00 | 99.75 | 99.75 | Other Professional Services Expense - Vendor: HILL BOREN P.C. Partial initial disclosure per scheduling order/CAW Vendor=HILL BOREN P.C. Balance= .00 Amount= 99.75 Check #297791 04/17/2009 | 4174702 |
| 04/27/2009 07/14/2009 | 9001 | BBS GENERAL Invoice=338203 | POST | 1.00 | 0.42 | 0.42 | Postage | 4189687 |
| 05/27/2009 07/14/2009 | 9001 | BBS GENERAL Invoice=338203 | POST | 1.00 | 1.05 | 1.05 | Postage | 4194338 |
| 06/12/2009 08/11/2009 | 1348 | CLARENCE A. WILBON Invoice=340020 | POST | 1.00 | 1.05 | 1.05 | Postage | 4202037 |
| 06/30/2009 08/11/2009 | 9001 | BBS GENERAL Invoice=340020 | POST | 25.00 | 1.05 | 26.35 | Postage | 4202479 |
| 06/30/2009 08/11/2009 | 9001 | BBS GENERAL Invoice=340020 | POST | 1.00 | 4.95 | 4.95 | Postage | 4202480 |
| 07/01/2009 08/11/2009 | 9001 | BBS GENERAL Invoice=340020 | POST | 1.00 | 0.44 | 0.44 | Postage | 4201764 |
| 07/20/2009 08/11/2009 | 9001 | BBS GENERAL Invoice=340020 | POST | 1.00 | 0.44 | 0.44 | Postage | 4203477 |
| 07/27/2009 08/11/2009 | 1348 | CLARENCE A. WILBON Invoice=340020 Voucher=342151 Paid | OTHR | 1.00 | 345.24 | 345.24 | Other Out-Of-Pocket Expenses - Vendor: IOD INCORPORATED Subpoena copy costs / CAW Vendor=IOD INCORPORATED Balance= .00 Amount= 345.24 Check #12956 07/27/2009 | 4202841 |
| 07/30/2009 10/26/2009 | 1348 | CLARENCE A. WILBON Invoice=344667 Voucher=342922 Paid | EXDL | 1.00 | 16.83 | 16.83 | Express Deliveries 100 Peabody Place MEMPHIS TN 38103 Invoice# 928315027 Tracking# 798819819949 Date of Invoice: 08/03/2009 Vendor=FEDERAL EXPRESS CORP. Balance= .00 Amount= 1620.05 Check #301236 08/12/2009 | 4207003 |
| 08/07/2009 10/26/2009 | 1348 | CLARENCE A. WILBON Invoice=344667 Voucher=342808 Paid | OTHR | 1.00 | 75.00 | 75.00 | Other Out-Of-Pocket Expenses - Vendor: MEMPHIS PATHOLOGY LABORATORY Record copying services/CAW Vendor=MEMPHIS PATHOLOGY LABORATORY Balance= .00 Amount= 75.00 Check #301199 08/10/2009 | 4208374 |
| 08/10/2009 10/26/2009 | 1348 | CLARENCE A. WILBON Invoice=344667 Voucher=342817 Paid | OPRO | 1.00 | 25.00 | 25.00 | Other Professional Services Expense - Vendor: RHEUMATOLOGY & OSTEOPOROSIS CENTER Copying of medical records/CAW Vendor=RHEUMATOLOGY & OSTEOPOROSIS CENTER Balance= .00 Amount= 25.00 Check #301203 08/10/2009 | 4208739 |
| 10/13/2009 12/02/2009 | 9001 | BBS GENERAL Invoice=347039 | POST | 1.00 | 0.44 | 0.44 | Postage | 4232667 |
| 10/23/2009 11/25/2009 | 1348 | CLARENCE A. WILBON Invoice=346573 | PHOT | 4.00 | 0.07 | 0.28 | Photocopies User: 5936 | 4231335 |
| 10/23/2009 11/25/2009 | 1348 | CLARENCE A. WILBON Invoice=346573 | PHOT | 5.00 | 0.07 | 0.35 | Photocopies User: 5936 | 4231336 |
| 10/23/2009 11/25/2009 | 1348 | CLARENCE A. WILBON Invoice=346573 | PHOT | 4.00 | 0.07 | 0.28 | Photocopies User: 5936 | 4231337 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 10/27/2009 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5915 | 4232280 |
| 12/02/2009 | | Invoice=347039 | | 4.00 | 0.07 | 0.28 | | |
| | | | | | | | | |
| 12/17/2009 | 1348 | CLARENCE A. WILBON | TELE | ■ | ■ | ■ | User: 5985 | 4252499 |
| 01/25/2010 | | Invoice=350443 | | 1.00 | 0.07 | 0.07 | Call to: 1(731)423-3300 | |
| | | | | | | | | |
| 02/10/2010 | 9001 | BBS GENERAL | POST | ■ | ■ | ■ | Postage | 4290611 |
| 04/22/2010 | | Invoice=355955 | | 1.00 | 1.05 | 1.05 | | |
| | | | | | | | | |
| 02/16/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4278406 |
| 03/18/2010 | | Invoice=354060 | | 404.00 | 0.07 | 28.28 | | |
| | | | | | | | | |
| 02/16/2010 | 9001 | BBS GENERAL | POST | ■ | ■ | ■ | Postage | 4290672 |
| 04/22/2010 | | Invoice=355955 | | 1.00 | 4.75 | 4.75 | | |
| | | | | | | | | |
| 02/17/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5709 | 4279873 |
| 03/18/2010 | | Invoice=354060 | | 339.00 | 0.07 | 23.73 | | |
| | | | | | | | | |
| 02/21/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5927 | 4279874 |
| 03/18/2010 | | Invoice=354060 | | 11.00 | 0.07 | 0.77 | | |
| | | | | | | | | |
| 02/21/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4279875 |
| 03/18/2010 | | Invoice=354060 | | 40.00 | 0.07 | 2.80 | | |
| | | | | | | | | |
| 02/21/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4279876 |
| 03/18/2010 | | Invoice=354060 | | 2.00 | 0.07 | 0.14 | | |
| | | | | | | | | |
| 02/21/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4279877 |
| 03/18/2010 | | Invoice=354060 | | 110.00 | 0.07 | 7.70 | | |
| | | | | | | | | |
| 03/04/2010 | 9001 | BBS GENERAL | POST | ■ | ■ | ■ | Postage | 4296143 |
| 04/22/2010 | | Invoice=355955 | | 1.00 | 0.61 | 0.61 | | |
| | | | | | | | | |
| 03/09/2010 | 4783 | VINCENT T. SMITH | MSGR | ■ | ■ | ■ | Messenger Service - Vendor: BLUE SKY COURIERS | 4288599 |
| 04/22/2010 | | Invoice=355955 | | 1.00 | 7.89 | 7.89 | 9800/2-28-10/KB | |
| | | Voucher=353776 Paid | | | | | Vendor=BLUE SKY COURIERS Balance= .00 Amount= 1205.93 | |
| | | | | | | | Check #307373 03/10/2010 | |
| | | | | | | | | |
| 03/15/2010 | 1348 | CLARENCE A. WILBON | TELE | ■ | ■ | ■ | User: 5716 | 4291898 |
| 04/22/2010 | | Invoice=355955 | | 1.00 | 0.78 | 0.78 | Call to: 1(212)336-2635 | |
| | | | | | | | | |
| 03/16/2010 | 1348 | CLARENCE A. WILBON | CTRP | ■ | ■ | ■ | Court Reporter - Vendor: MORROW & ASSOCIATES | 4292575 |
| 04/22/2010 | | Invoice=355955 | | 1.00 | 1,196.15 | 1,196.15 | Deposition of P. & P. Nozinich (3/8/2010)/CAW | |
| | | Voucher=354290 Paid | | | | | Vendor=MORROW & ASSOCIATES Balance= .00 Amount= 1196.15 | |
| | | | | | | | Check #307640 03/17/2010 | |
| | | | | | | | | |
| 03/22/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4295727 |
| 04/22/2010 | | Invoice=355955 | | 19.00 | 0.07 | 1.33 | | |
| | | | | | | | | |
| 03/22/2010 | 1348 | CLARENCE A. WILBON | COPY | ■ | ■ | ■ | Third Party Copy Services - Vendor: DOCUMENT | 4313368 |
| 08/24/2010 | | Invoice=359595 | | 1.00 | 2,458.13 | 2,458.13 | SOLUTIONS, INC. Copy expense/RMG/CAW | |
| | | Voucher=356253 Paid | | | | | Vendor=DOCUMENT SOLUTIONS, INC. Balance= .00 Amount= 2458.13 | |
| | | | | | | | Check #311283 07/27/2010 | |
| | | | | | | | | |
| 03/22/2010 | 9001 | BBS GENERAL | POST | ■ | ■ | ■ | Postage | 4314122 |
| 06/24/2010 | | Invoice=359595 | | 1.00 | 1.39 | 1.39 | | |
| | | | | | | | | |
| 04/07/2010 | 4783 | VINCENT T. SMITH | MSGR | ■ | ■ | ■ | Messenger Service - Vendor: BLUE SKY COURIERS | 4302295 |
| 06/24/2010 | | Invoice=359595 | | 1.00 | 70.61 | 70.61 | 10410/3-15-10/KB | |
| | | Voucher=355243 Paid | | | | | Vendor=BLUE SKY COURIERS Balance= .00 Amount= 1034.36 | |
| | | | | | | | Check #308287 04/08/2010 | |
| | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | | ■ | | ■ | ■ | | ■ | |
| | | ■ | | | | | ■ | |
| | | | | | | | | |
| 04/13/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4306834 |
| 06/24/2010 | | Invoice=359595 | | 32.00 | 0.07 | 2.24 | | |
| | | | | | | | | |
| 04/13/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4306835 |
| 06/24/2010 | | Invoice=359595 | | 84.00 | 0.07 | 5.88 | | |
| | | | | | | | | |
| 04/15/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4308588 |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/24/2010 | | Invoice=359595 | | 1.00 | 0.07 | 0.07 | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | ■ | | | | | ■ | |
| | | | | | | | | |
| 05/17/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4317814 |
| 06/24/2010 | | Invoice=359595 | | 192.00 | 0.07 | 13.44 | | |
| 05/17/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4317815 |
| 06/24/2010 | | Invoice=359595 | | 19.00 | 0.07 | 1.33 | | |
| 05/17/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5937 | 4317816 |
| 06/24/2010 | | Invoice=359595 | | 36.00 | 0.07 | 2.52 | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | ■ | | | | | ■ | |
| | | | | | | | | |
| 06/15/2010 | 1348 | CLARENCE A. WILBON | EXDL | ■ | ■ | ■ | Express Deliveries | 4338764 |
| 06/17/2010 | | Invoice=363396 | | 1.00 | 19.09 | 19.09 | 100 Peabody Place | |
| | | | | | | | MEMPHIS TN 38103 | |
| | | | | | | | Invoice# 713064472 | |
| | | | | | | | Tracking# 793640359923 | |
| | | | | | | | Date of Invoice: 06/21/2010 | |
| | | Voucher=359160 Paid | | | | | Vendor=FEDERAL EXPRESS CORP. Balance= .00 Amount= 836.14 | |
| | | | | | | | Check #310536 07/01/2010 | |
| 06/16/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4331434 |
| 07/26/2010 | | Invoice=362081 | | 125.00 | 0.07 | 8.75 | | |
| 06/16/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4331435 |
| 07/26/2010 | | Invoice=362081 | | 21.00 | 0.07 | 1.47 | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | ■ | | | | | ■ | |
| | | | | | | | | |
| 05/18/2010 | 4290 | R. MATTHEW GIBSON | COPY | ■ | ■ | ■ | Third Party Copy Services - Vendor: DOCUMENT | 4331093 |
| 07/26/2010 | | Invoice=362081 | | 1.00 | 213.04 | 213.04 | SOLUTIONS, INC. Copy expense/RMG | |
| | | Voucher=358599 Paid | | | | | Vendor=DOCUMENT SOLUTIONS, INC. Balance= .00 Amount= | |
| | | | | | | | 213.04 | |
| | | | | | | | Check #310226 06/21/2010 | |
| 06/24/2010 | 1348 | CLARENCE A. WILBON | COPY | ■ | ■ | ■ | Third Party Copy Services - Vendor: SUMMIT | 4336619 |
| 07/26/2010 | | Invoice=362081 | | 1.00 | 289.23 | 289.23 | DOCUMENT SERVICES OF TN, LLC. Image capture/CD | |
| | | | | | | | burn/CAW | |
| | | Voucher=358842 Paid | | | | | Vendor=SUMMIT DOCUMENT SERVICES OF TN, LLC Balance= .00 | |
| | | | | | | | Amount= 289.23 | |
| | | | | | | | Check #310389 06/25/2010 | |
| 06/24/2010 | 1348 | CLARENCE A. WILBON | COPY | ■ | ■ | ■ | Third Party Copy Services - Vendor: SUMMIT | 4336620 |
| 07/26/2010 | | Invoice=362081 | | 1.00 | 52.50 | 52.50 | DOCUMENT SERVICES OF TN, LLC. Computer time/CD | |
| | | | | | | | burn/CAW | |
| | | Voucher=358843 Paid | | | | | Vendor=SUMMIT DOCUMENT SERVICES OF TN, LLC Balance= .00 | |
| | | | | | | | Amount= 52.50 | |
| | | | | | | | Check #310389 06/25/2010 | |
| 06/29/2010 | 1348 | CLARENCE A. WILBON | OTHR | ■ | ■ | ■ | Other Out-Of-Pocket Expenses - Vendor: DUDLEY, | 4338231 |
| 06/17/2010 | | Invoice=363396 | | 1.00 | 885.00 | 885.00 | LYNN Hearing transcript fee / CAW | |
| | | Voucher=359122 Paid | | | | | Vendor=DUDLEY, LYNN Balance= .00 Amount= 885.00 | |
| | | | | | | | Check #13335 06/29/2010 | |
| 07/08/2010 | 4783 | VINCENT T. SMITH | MSGR | ■ | ■ | ■ | Messenger Service - Vendor: BLUE SKY COURIERS | 4343333 |
| 06/17/2010 | | Invoice=363396 | | 0.00 | 0.00 | 0.00 | 14882/06-30-10/KB | |
| | | Voucher=359503 Paid | | | | | Vendor=BLUE SKY COURIERS Balance= .00 Amount= 894.29 | |
| | | | | | | | Check #310735 07/09/2010 | |
| 07/08/2010 | 4783 | VINCENT T. SMITH | MSGR | ■ | ■ | ■ | Messenger Service - Vendor: BLUE SKY COURIERS | 4343387 |
| 06/17/2010 | | Invoice=363396 | | 0.00 | 0.00 | 0.00 | 14882/06-30-10/KB | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | Voucher=359503 Paid | | | | | Vendor=BLUE SKY COURIERS Balance= .00 Amount= 894.29 | |
| | | | | | | | Check #310735 07/09/2010 | |
| | | | | | | | | |
| 07/21/2010 | 4783 | VINCENT T. SMITH | MSGR | ■ | ■ | ■ | Messenger Service - Vendor: BLUE SKY COURIERS | 4347961 |
| 08/17/2010 | | Invoice=383396 | | 0.00 | 0.00 | 0.00 | 15518/07-15-10/KB | |
| | | Voucher=360227 Paid | | | | | Vendor=BLUE SKY COURIERS Balance= .00 Amount= 909.82 | |
| | | | | | | | Check #311204 07/23/2010 | |
| | | | | | | | | |
| 07/21/2010 | 4783 | VINCENT T. SMITH | MSGR | ■ | ■ | ■ | Messenger Service - Vendor: BLUE SKY COURIERS | 4347965 |
| 08/17/2010 | | Invoice=383396 | | 0.00 | 0.00 | 0.00 | 15518/07-15-10/KB | |
| | | Voucher=360227 Paid | | | | | Vendor=BLUE SKY COURIERS Balance= .00 Amount= 909.82 | |
| | | | | | | | Check #311204 07/23/2010 | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | ■ | | ■ | ■ | |
| | | ■ | | | | | ■ | |
| | | | | | | | | |
| | | | | | | ■ | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | | | ■ | | ■ | | |
| | | | | | | | | |
| 08/04/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4354858 |
| 09/20/2010 | | Invoice=365838 | | 6.00 | 0.07 | 0.42 | | |
| | | | | | | | | |
| 08/12/2010 | 1348 | CLARENCE A. WILBON | EXDL | ■ | ■ | ■ | Express Deliveries | 4360085 |
| 09/20/2010 | | Invoice=365838 | | 1.00 | 18.88 | 18.88 | 100 Peabody Place | |
| | | | | | | | MEMPHIS TN 38103 | |
| | | | | | | | Invoice# 719162747 | |
| | | | | | | | Tracking# 793815581635 | |
| | | | | | | | Date of Invoice: 08/16/2010 | |
| | | Voucher=361778 Paid | | | | | Vendor=FEDERAL EXPRESS CORP. Balance= .00 Amount= 916.47 | |
| | | | | | | | Check #312097 08/20/2010 | |
| | | | | | | | | |
| 08/16/2010 | 1348 | CLARENCE A. WILBON | OPRO | ■ | ■ | ■ | Other Professional Services Expense - Vendor: | 4358314 |
| 09/20/2010 | | Invoice=365838 | | 1.00 | 54.63 | 54.63 | DATA COMPANY, THE Changing VHS tapes to mzp and | |
| | | | | | | | creating a master DVD (7/31/10). Invoice | |
| | | | | | | | #4013/CAW | |
| | | Voucher=361563 Paid | | | | | Vendor=DATA COMPANY, THE Balance= .00 Amount= 54.63 | |
| | | | | | | | Check #311933 08/16/2010 | |
| | | | | | | | | |
| 08/16/2010 | 1348 | CLARENCE A. WILBON | CTRP | ■ | ■ | ■ | Court Reporter - Vendor: JANIS H. MCMASTER | 4358316 |
| 09/20/2010 | | Invoice=365838 | | 1.00 | 290.00 | 290.00 | Deposition of T. Despeaux, Etran, and exhibits | |
| | | | | | | | (8/2/10) Inv. #080210CAW | |
| | | Voucher=361567 Paid | | | | | Vendor=JANIS H. MCMASTER Balance= .00 Amount= 290.00 | |
| | | | | | | | Check #311937 08/16/2010 | |
| | | | | | | | | |
| 08/20/2010 | 1348 | CLARENCE A. WILBON | EXDL | ■ | ■ | ■ | Express Deliveries | 4365686 |
| 10/28/2010 | | Invoice=368065 | | 1.00 | 16.19 | 16.19 | 98 S Grove Park Rd | |
| | | | | | | | MEMPHIS TN 38117 | |
| | | | | | | | Invoice# 720730438 | |
| | | | | | | | Tracking# 793815589168 | |
| | | | | | | | Date of Invoice: 08/30/2010 | |
| | | Voucher=362551 Paid | | | | | Vendor=FEDERAL EXPRESS CORP. Balance= .00 Amount= 723.31 | |
| | | | | | | | Check #312680 09/10/2010 | |
| | | | | | | | | |
| 08/23/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4361376 |
| 09/20/2010 | | Invoice=365838 | | 8.00 | 0.07 | 0.56 | | |
| | | | | | | | | |
| 08/23/2010 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4361377 |
| 09/20/2010 | | Invoice=365838 | | 1.00 | 0.07 | 0.07 | | |
| | | | | | | | | |
| 08/23/2010 | 9001 | BBS GENERAL | POST | ■ | ■ | ■ | Postage | 4372877 |
| 10/28/2010 | | Invoice=368065 | | 1.00 | 1.22 | 1.22 | | |
| | | | | | | | | |
| 08/24/2010 | 4449 | STEPHEN J. KRELL | MSGR | ■ | ■ | ■ | Messenger Service - Vendor: BLUE SKY COURIERS | 4361552 |
| 09/20/2010 | | Invoice=365838 | | 1.00 | 9.58 | 9.58 | 16759/8-15-10/KB | |
| | | Voucher=361989 Paid | | | | | Vendor=BLUE SKY COURIERS Balance= .00 Amount= 874.35 | |
| | | | | | | | Check #312197 08/24/2010 | |
| | | | | | | | | |
| 08/24/2010 | 4449 | STEPHEN J. KRELL | MSGR | ■ | ■ | ■ | Messenger Service - Vendor: BLUE SKY COURIERS | 4361553 |
| 09/20/2010 | | Invoice=365838 | | 1.00 | 5.95 | 5.95 | 16759/8-15-10/KB | |
| | | Voucher=361989 Paid | | | | | Vendor=BLUE SKY COURIERS Balance= .00 Amount= 874.35 | |
| | | | | | | | Check #312197 08/24/2010 | |

JOHNSON & JOHNSON, INC.   8/1/2011 9:51:00 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| ███ | | ███ | | ██ | ██ | ████ | ████ | |
| | | ███ | | | | | ███ | |
| | | | | | | | | |
| | | | | | | | | |
| 11/22/2010 | 1348 | CLARENCE A. WILBON | PHOT | ██ | ██ | ██ | Photocopies User: 5985 | 4415153 |
| 01/11/2011 | | Invoice=372043 | | 46.00 | 0.07 | 3.22 | | |
| | | | | | | | | |
| 11/29/2010 | 1348 | CLARENCE A. WILBON | PHOT | ██ | ██ | ██ | Photocopies User: 5985 | 4416052 |
| 01/20/2011 | | Invoice=372864 | | 2.00 | 0.07 | 0.14 | | |
| | | | | | | | | |
| 11/30/2010 | 1348 | CLARENCE A. WILBON | PHOT | ██ | ██ | ██ | Photocopies User: 5937 | 4416899 |
| 01/20/2011 | | Invoice=372864 | | 15.00 | 0.07 | 1.05 | | |
| | | | | | | | | |
| 11/30/2010 | 1348 | CLARENCE A. WILBON | PHOT | ██ | ██ | ██ | Photocopies User: 5937 | 4416900 |
| 01/20/2011 | | Invoice=372864 | | 24.00 | 0.07 | 1.68 | | |
| | | | | | | | | |
| ███ | ██ | ███ | ██ | ██ | ██ | | ███ | ███ |
| ███ | | ███ | | | | | ███ | |
| | | | | | | | ███ | |
| | | | | | | | | |
| | | | | | | | ███ | |
| 01/18/2011 | 1348 | CLARENCE A. WILBON | EXDL | ██ | ██ | ██ | Express Deliveries | 4436784 |
| 04/28/2011 | | Invoice=376276 | | 1.00 | 22.40 | 22.40 | 100 Peabody Place | |
| | | | | | | | MEMPHIS TN 38103 | |
| | | | | | | | Invoice# 737004687 | |
| | | | | | | | Tracking# 794331379425 | |
| | | | | | | | Date of Invoice: 01/24/2011 | |
| | | Voucher=369563 Paid | | | | | Vendor=FEDERAL EXPRESS CORP. Balance= .00 Amount= 1520.10 | |
| | | | | | | | Check #316771 02/01/2011 | |
| | | | | | | | | |
| 01/21/2011 | 1348 | CLARENCE A. WILBON | CTRP | ██ | ██ | ██ | Court Reporter - Vendor: EPSTEIN, AMY THOMAS | 4433588 |
| 04/28/2011 | | Invoice=376276 | | 1.00 | 767.75 | 767.75 | COURT REPORTER Transcripts, exhibits, DVD of | |
| | | | | | | | depositions/CAW | |
| | | Voucher=369095 Paid | | | | | Vendor=EPSTEIN, AMY THOMAS COURT REPORTER Balance= .00 | |
| | | | | | | | Amount= 767.75 | |
| | | | | | | | Check #316480 01/21/2011 | |
| | | | | | | | | |
| 01/31/2011 | 1348 | CLARENCE A. WILBON | COPY | ██ | ██ | ██ | Third Party Copy Services - Vendor: SUMMIT | 4437720 |
| 04/28/2011 | | Invoice=376276 | | 1.00 | 194.21 | 194.21 | DOCUMENT SERVICES OF TN, LLC. CD | |
| | | | | | | | Burn/Copies/DVD Burn/Image Capture/CAW | |
| | | Voucher=369702 Paid | | | | | Vendor=SUMMIT DOCUMENT SERVICES OF TN, LLC Balance= .00 | |
| | | | | | | | Amount= 194.21 | |
| | | | | | | | Check #316783 02/01/2011 | |
| | | | | | | | | |
| 02/15/2011 | 1348 | CLARENCE A. WILBON | EXDL | ██ | ██ | ██ | Express Deliveries | 4449276 |
| 05/03/2011 | | Invoice=378608 | | 1.00 | 22.61 | 22.61 | One Logan Square, Ste. 2000 | |
| | | | | | | | PHILADELPHIA PA 19103 | |
| | | | | | | | Invoice# 740136739 | |
| | | | | | | | Tracking# 794428784958 | |
| | | | | | | | Date of Invoice: 02/21/2011 | |
| | | Voucher=371033 Paid | | | | | Vendor=FEDERAL EXPRESS CORP. Balance= .00 Amount= 957.08 | |
| | | | | | | | Check #317608 03/02/2011 | |
| | | | | | | | | |
| 02/21/2011 | 1348 | CLARENCE A. WILBON | CTRP | ██ | ██ | ██ | Court Reporter - Vendor: EPSTEIN, AMY THOMAS | 4445441 |
| 04/28/2011 | | Invoice=376276 | | 1.00 | 318.20 | 318.20 | COURT REPORTER Transcript/exhibit | |
| | | | | | | | copies/postage/CAW | |
| | | Voucher=370736 Paid | | | | | Vendor=EPSTEIN, AMY THOMAS COURT REPORTER Balance= .00 | |
| | | | | | | | Amount= 318.20 | |
| | | | | | | | Check #317364 02/22/2011 | |
| | | | | | | | | |
| ███ | ██ | ███ | ██ | ██ | ██ | | ███ | ███ |
| ███ | ██ | ███ | | ██ | ██ | | ███ | |
| | | ███ | | | | | ███ | |
| | | | | | | | ███ | |
| | | | | | | | | |
| ███ | ██ | ███ | | ██ | ██ | | ███ | ███ |
| ███ | | ███ | | | | | ███ | |
| | | | | | | | ███ | |
| | | ███ | | | | | ███ | |
| | | | | | | | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 03/10/2011 | 1348 | CLARENCE A. WILBON | EXDL | ■ | ■ | ■ | Express Deliveries | 4457888 |
| 05/03/2011 | | Invoice=378608 | | 1.00 | 79.79 | 79.79 | 100 Peabody Place | |
| | | | | | | | MEMPHIS TN 38103 | |
| | | | | | | | Invoice# 742490900 | |
| | | | | | | | Tracking# 794515335778 | |
| | | | | | | | Date of Invoice: 03/14/2011 | |
| | | Voucher=371994 Paid | | | | | Vendor=FEDERAL EXPRESS CORP.  Balance= .00  Amount= 1779.57 | |
| | | | | | | | Check #318202  03/22/2011 | |
| | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | | ■ | | ■ | ■ | ■ | | |
| | | ■ | | | | | | |
| | | | | | | | | |
| 03/11/2011 | 1348 | CLARENCE A. WILBON | CTRP | 1.00 | 693.30 | 693.30 | Court Reporter - Vendor: MCS GROUP, THE | 4454814 |
| 05/03/2011 | | Invoice=378608 | | 0.00 | 0.00 | 0.00 | Certified copy of transcript of Dr. Suzanne | |
| | | | | | | | Travers/CAW | |
| | | Voucher=371622 Paid | | | | | Vendor=MCS GROUP, THE  Balance= .00  Amount= 693.30 | |
| | | | | | | | Check #318044  03/16/2011 | |
| | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | | ■ |
| ■ | | ■ | | ■ | ■ | ■ | | |
| | | ■ | | | | | ■ | |
| | | | | | | | | |
| 03/14/2011 | 1348 | CLARENCE A. WILBON | CTRP | ■ | ■ | ■ | Court Reporter - Vendor: MCS GROUP, THE | 4455071 |
| 05/03/2011 | | Invoice=378608 | | 1.00 | 369.90 | 369.90 | Certified copy of transcript of Stella Jones, | |
| | | | | | | | Ph.D./CAW | |
| | | Voucher=371675 Paid | | | | | Vendor=MCS GROUP, THE  Balance= .00  Amount= 369.90 | |
| | | | | | | | Check #318006  03/14/2011 | |
| | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | | ■ | | ■ | ■ | ■ | ■ | |
| | | ■ | | | | | ■ | |
| | | | | | | | ■ | |
| | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | | ■ | | ■ | ■ | ■ | ■ | |
| | | ■ | | | | | | |
| | | | | | | | | |
| ■ | | ■ | ■ | ■ | | ■ | ■ | ■ |
| 05/03/2011 | | Invoice=378608 | | ■ | | ■ | ■ | |
| | | ■ | | | | | ■ | |
| | | | | | | | | |
| 03/22/2011 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4458788 |
| 05/03/2011 | | Invoice=378608 | | 388.00 | 0.07 | 27.16 | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | ■ | | | | | ■ | |
| | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | ■ | | | | | ■ | |
| | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | ■ | | | | | ■ | |
| | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| | | ■ | | | | | ■ | |
| | | | | | | | ■ | |
| | | | | | | | | |
| 04/07/2011 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4464330 |
| 07/11/2011 | | Invoice=381915 | | 5.00 | 0.07 | 0.35 | | |
| 04/07/2011 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5985 | 4464331 |
| 07/11/2011 | | Invoice=381915 | | 59.00 | 0.07 | 4.13 | | |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 04/07/2011 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5937 | 4464332 |
| 07/11/2011 | | Invoice=381915 | | 77.00 | 0.07 | 5.39 | | |
| | | | | | | | | |
| 04/07/2011 | 1348 | CLARENCE A. WILBON | PHOT | ■ | ■ | ■ | Photocopies User: 5937 | 4464333 |
| 07/11/2011 | | Invoice=381915 | | 79.00 | 0.07 | 5.53 | | |
| | | | | | | | | |
| 04/11/2011 | 1348 | CLARENCE A. WILBON | COPY | ■ | ■ | ■ | Third Party Copy Services - Vendor: SUMMIT | 4464711 |
| 07/11/2011 | | Invoice=381915 | | 1.00 | 196.19 | 196.19 | DOCUMENT SERVICES OF TN, LLC CD burn/Digital | |
| | | | | | | | prints/image capture/CAW | |
| | | Voucher=373040 Paid | | | | | Vendor=SUMMIT DOCUMENT SERVICES OF TN, LLC  Balance= .00 | |
| | | | | | | | Amount= 196.19 | |
| | | | | | | | Check #318845  04/12/2011 | |
| | | | | | | | | |
| 04/11/2011 | 1348 | CLARENCE A. WILBON | CTRP | ■ | ■ | ■ | Court Reporter - Vendor: ALPHA REPORTING | 4464713 |
| 07/11/2011 | | Invoice=381915 | | 1.00 | 1,290.85 | 1,290.85 | CORPORATION Deposition of Dr. G. Trew/CAW | |
| | | Voucher=373045 Paid | | | | | Vendor=ALPHA REPORTING CORPORATION  Balance= .00  Amount= | |
| | | | | | | | 1290.85 | |
| | | | | | | | Check #318840  04/12/2011 | |
| | | | | | | | | |
| 04/12/2011 | 4763 | VINCENT T. SMITH | MSGR | ■ | ■ | ■ | Messenger Service - Vendor: BLUE SKY COURIERS | 4464965 |
| 07/11/2011 | | Invoice=381915 | | 1.00 | 6.63 | 6.63 | 26246/3-31-11/KJ | |
| | | Voucher=373084 Paid | | | | | Vendor=BLUE SKY COURIERS  Balance= .00  Amount= 891.10 | |
| | | | | | | | Check #318887  04/13/2011 | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | | ■ | | | | ■ | ■ | |
| | | ■ | | | | | ■ | |
| | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | | | | | | | ■ | |
| | | ■ | | | | | ■ | |
| | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | | | | | | | ■ | |
| | | ■ | | | | | ■ | |
| | | | | | | | ■ | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | | ■ | | | | | ■ | |
| | | ■ | | | | | ■ | |
| | | | | | | | ■ | |
| 04/29/2011 | 1348 | CLARENCE A. WILBON | CTEL | ■ | ■ | ■ | Telecommunications Charges - Vendor: AT&T | 4472330 |
| 07/11/2011 | | Invoice=381915 | | 1.00 | 3,332.50 | 3,332.50 | Teleconference calls on Feb. 4, 7 & 8, 2011acct | |
| | | | | | | | #84877575-00001/CAW/CB | |
| | | Voucher=374080 Paid | | | | | Vendor=AT&T  Balance= .00  Amount= 3332.50 | |
| | | | | | | | Check #319402  05/02/2011 | |
| | | | | | | | | |
| 04/29/2011 | 1348 | CLARENCE A. WILBON | CTEL | ■ | ■ | ■ | Telecommunications Charges - Vendor: AT&T | 4472331 |
| 07/11/2011 | | Invoice=381915 | | 1.00 | 1,591.69 | 1,591.69 | Teleconference calls on March 21 & 23, 2011acct | |
| | | | | | | | #84877575-00001/CAW/CB | |
| | | Voucher=374096 Paid | | | | | Vendor=AT&T  Balance= .00  Amount= 1591.69 | |
| | | | | | | | Check #319402  05/02/2011 | |
| | | | | | | | | |
| 04/29/2011 | 1348 | CLARENCE A. WILBON | CTRP | ■ | ■ | ■ | Court Reporter - Vendor: MCS GROUP, THE | 4472476 |
| 07/11/2011 | | Invoice=381915 | | 1.00 | 596.50 | 596.50 | Transcript & exhibits of deposition on | |
| | | | | | | | 3-23-11/CAW | |
| | | Voucher=374120 Paid | | | | | Vendor=MCS GROUP, THE  Balance= .00  Amount= 596.50 | |
| | | | | | | | Check #319592  05/06/2011 | |
| | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | | | | | | ■ | | |
| | | | | | | | | |
| ■ | ■ | ■ | | ■ | ■ | ■ | ■ | ■ |
| | | | | | ■ | | ■ | |
| | | | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| ███ | | ████ | | ██ | ██ | ██ | | |
| ███ | ██ | ████ | ██ | ██ | ██ | ████ ██ | | ███ |
| ███ | | ████ | | ██ | ██ | ██ | | |
| | | ████ ██ | | | | ████ | | |
| | | ████ ██ | | | | ████ | | |
| | | | | | | | | |
| | | ████ ██ | | | | ████ | | |
| | | ████ ██ | | | | ████ | | |



| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| ██ | ██ | ███████ | ██ | ██ | ██ | ███ | ████ | ██ |
| ██ | ██ | ███████ | ██ | ██ | ██ | ███ | ████ | ██ |
| ██ | ██ | ███████ | ██ | ██ | ██ | ███ | ████ | ██ |
| 07/2011 | 1348 | CLARENCE A. WILBON | EXDL | 1.00 | 88.99 | 86.99 | Express Deliveries | 4489062 |
| | | | | | | | 100 Peabody Place | |
| | | | | | | | MEMPHIS TN 38103 | |
| | | | | | | | Invoice# 752585231 | |
| | | | | | | | Tracking# 794839478341 | |
| | | | | | | | Date of Invoice: 06/13/2011 | |
| | | Voucher=376275 Paid | | | | | Vendor=FEDERAL EXPRESS CORP. Balance= .00 Amount= 575.78 | |
| | | | | | | | Check #320804  06/22/2011 | |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5452 | 2/15/2011 | 1397 |
| **Job Date** | **Case No.** | |
| 2/7/2011 | 2:09-CV-02105-DKV | |
| **Case Name** | | |
| Patricia Nozinich and Peter Nozinich vs. Johnson & Johnson, Inc. and Centocor | | |
| **Payment Terms** | | |
| Net 30 | | |

John D. Winter
Patterson, Belknap, Webb & Taylor
1133 Avenue of the Americas
New York NY  10036

| | |
|---|---:|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | 236.90 |
| Stella Jones, PH.D.                          236.00 Pages | 118.00 |
| Exhibit | 0.00 |
| Minuscript | 15.00 |
| Global Carrier | |
| TOTAL DUE >>> | **$369.90** |

Phone: 212-336-2000   Fax:212-336-2222

**Tax ID: 23-2146815**

*Please detach bottom portion and return with payment.*

---

John D. Winter
Patterson, Belknap, Webb & Taylor
1133 Avenue of the Americas
New York NY  10036

| | | |
|---|---|---|
| Invoice No. | : | 5452 |
| Invoice Date | : | 2/15/2011 |
| **Total Due** | : | **$ 369.90** |

| | | |
|---|---|---|
| Job No. | : | 1397 |
| BU ID | : | PHL-DEP |
| Case No. | : | 2:09-CV-02105-DKV |
| Case Name | : | Patricia Nozinich and Peter Nozinich vs. Johnson & Johnson, Inc. and Centocor |

Remit To: **The MCS Group**
          **1601 Market Street**
          **Suite 800**
          **Philadelphia PA  19103**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5463 | 2/16/2011 | 1398 |
| **Job Date** | **Case No.** | |
| 2/8/2011 | 2:09-CV-02105-DKV | |
| **Case Name** | | |
| Patricia Nozinich and Peter Nozinich vs. Johnson & Johnson, Inc. and Centocor | | |
| **Payment Terms** | | |
| Net 30 | | |

John D. Winter
Patterson, Belknap, Webb & Taylor
1133 Avenue of the Americas
New York NY  10036

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | 554.30 |
| Suzanne Travers, M.D. | | |
| Exhibit | 248.00  Pages | 124.00 |
| Minuscript | | 0.00 |
| Global Carrier | | 15.00 |
| | **TOTAL DUE >>>** | **$693.30** |

**Tax ID:** 23-2146815

Phone: 212-336-2000   Fax:212-336-2222

*Please detach bottom portion and return with payment.*

John D. Winter
Patterson, Belknap, Webb & Taylor
1133 Avenue of the Americas
New York NY  10036

| | | |
|---|---|---|
| Invoice No. | : | 5463 |
| Invoice Date | : | 2/16/2011 |
| **Total Due** | : | **$ 693.30** |

Remit To: **The MCS Group**
**1601 Market Street**
**Suite 800**
**Philadelphia PA  19103**

| | | |
|---|---|---|
| Job No. | : | 1398 |
| BU ID | : | PHL-DEP |
| Case No. | : | 2:09-CV-02105-DKV |
| Case Name | : | Patricia Nozinich and Peter Nozinich vs. Johnson & Johnson, Inc. and Centocor |

# Invoice

**NLV Novak Legal Video**
**& Video Conferencing Center**
900 Kings Highway North, Suite 213 - Cherry Hill, NJ 08034

| Date | Invoice # |
|---|---|
| 2/8/2011 | 12470 |
| Tax ID. 22-3476257 | |

**Bill To**

Patterson, Belking, Webb
John Winter, Esquire
1133 Avenue of the Americas
New York, NY 10036

| Terms | Due Date |
|---|---|
| Due on receipt | 2/8/2011 |

| Date Taken | Description | Qty | Amount |
|---|---|---|---|
| 2/8/2011 | Video Deposition of Dr. Suzan Traver<br>Nozinich v Johnson & Johnson<br>DVD Copies @ $50 Per DVD<br>Trackable Shipping For Media | 5 | 250.00<br>10.00 |

THANK YOU FOR YOUR BUSINESS
**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.**
**Please Write Invoice Number On Check**

| | |
|---|---|
| **Total** | $260.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $260.00 |

Phone: 856-667-4170     e-mail: info@novaklegalvideo.com     Fax: 856-667-4030

# Invoice

## NLV Novak Legal Video
### & Video Conferencing Center
900 Kings Highway North, Suite 213 - Cherry Hill, NJ 08034

| Date | Invoice # |
|------|-----------|
| 2/7/2011 | 12473 |

| Tax ID. |
|---------|
| 22-3476257 |

**Bill To**

Patterson, Belking, Webb
John Winter, Esquire
1133 Avenue of the Americas
New York, NY 10036

| Terms | Due Date |
|-------|----------|
| Due on receipt | 2/7/2011 |

| Date Taken | Description | Qty | Amount |
|------------|-------------|-----|--------|
| 2/7/2011 | Video Deposition of Dr. Stella Jones Nozinich v Johnson & Johnson DVD Copies @ $50 Per DVD Trackable Shipping For Media | 3 | 150.00 10.00 |

THANK YOU FOR YOUR BUSINESS
**TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.**
**Please Write Invoice Number On Check**

| | |
|-------|--------|
| **Total** | $160.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $160.00 |

Phone: 856-667-4170       e-mail: info@novaklegalvideo.com       Fax: 856-667-4030