IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| PATRICIA NOZINICH and PETER NOZINICH,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON, INC., and CENTOCOR ORTHO BIOTECH, INC.<br><br>    Defendants. | Case No. 2:09-cv-02105-dkv<br><br>Jury Demanded |

## MOTION TO WITHDRAW BILL OF COSTS AND MEMORANDUM IN SUPPORT THEREOF

Defendants, Johnson & Johnson, Inc. and Centocor Ortho Biotech, Inc. (collectively, "Centocor"), respectfully requests permission to withdraw its Bill of Costs, filed on August 11, 2011 (Doc. 153). The parties have settled costs in this matter, and therefore Centocor requests that the Bill of Costs be withdrawn from the record.

    Respectfully Submitted:

    /s/ Clarence A. Wilbon
    Clarence A. Wilbon (TN Bar No. 023378)
    Bass, Berry & Sims PLC
    100 Peabody Place, Suite 900
    Memphis, Tennessee 38103
    Telephone (901) 543-5900
    Facsimile (901) 543-5999
    cwilbon@bassberry.com

    and

John D. Winter *(Pro Hac Vice)*
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel. 212.336.2000
Fax 212.336.2222
jwinter@pbwt.com

*Attorneys for Defendants,*
*Johnson & Johnson, Inc. and*
*Centocor Ortho Biotech, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 4th day of October, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Clarence A. Wilbon
Clarence A. Wilbon

10126550.1